IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOVAN WILLIAMS,

Plaintiff,

v.

ORDER

REBECCA YOUNG, NICHOLAS ROEN,
BOWYN WILSON, and GINA STREHLOW,

25-cv-252-jdp

Defendants.

---

I recently denied defendant Gina Strehlow's motion for reconsideration of my summary judgment order. Dkt. 121. Strehlow now asks for clarification, in what is really a motion for further reconsideration. Dkt. 127. She contends that I had incorrectly stated that she had not previously raised the argument that "'Williams lacks evidence of causation'" in her motion for summary judgment. *Id.* at 2 (quoting Dkt. 121 at 3).

I will clarify. In her current motion, Strehlow cites passages in her original summary judgment briefs where she identifies causation as one of the elements that is unsupported by expert evidence. Dkt. 82 at 11, 16; Dkt. 110 at 2, 6, 9. But that was all part of the argument that Williams's negligence claim fails as a matter of law because Williams doesn't have an expert. Strehlow did not raise lack of causation a separate basis for summary judgment, as she did in her motion for reconsideration. Dkt. 119 at 13–14. There is a separate section devoted to causation in her motion for reconsideration, but there is no separate discussion of causation in her original summary judgment briefs. Her latest motion for reconsideration is denied, and I won't consider the issue further.

The state defendants also move to extend the deadline for pretrial submissions. Dkt. 134. The deadline was previously set for November 30, 2026, with responses due

December 10. Dkt. 116. Defendants request to extend the initial submission deadline to December 4, 2026, so that they can prepare to mediate the case with Magistrate Judge Wiseman and depose Williams. They do not ask to extend the response deadline. Defendant Strehlow does not object to the request.

I will grant the motion. But this will be a tight schedule for the parties to submit responses. Counsel for the state defendants must ensure that that both sets of defendants' pretrial submissions and responses are promptly printed and given directly to Williams. The state defendants must also ensure that Williams's filings are promptly scanned and e-filed by CCI staff.

ORDER

IT IS ORDERED that:

1. Gina Strehlow's motion for clarification, Dkt. 127 is GRANTED; the motion for reconsideration is DENIED.

2. State defendants' motion to extend the deadline for filing pretrial submissions, Dkt. 134, is GRANTED. The parties will have until December 4, 2026, to file their submissions. The parties' responses will still be due December 10, 2026.

3. Counsel for the state defendants must ensure that this order and all subsequent filings in this case are promptly served on Williams and that Williams's filings are promptly scanned and e-filed.

Entered November 24, 2026.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge